JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ANDERSON, an individual, | Case No. 5:20-cv-02182-PA (KKx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SUBMIT CLAIMS TO ARBITRATION** |
| v. | |
| TRACTOR SUPPLY COMPANY, a Delaware Corporation; and DOES 1-50, inclusive | Complaint Filed: August 27, 2020<br>Trial Date: None<br>District Judge: Hon. Percy Anderson, Courtroom 9A, First St.<br>Magistrate Judge: Hon. Kenly Kiya Kato, Courtroom 3 or 4, Riverside |
| Defendants. | |

The Court, having considered Plaintiff Jessica Anderson and Defendant Tractor Supply Company's (the "Parties") Joint Stipulation to Submit Claims to Arbitration, and good cause appearing therefor, hereby orders as follows:

1. All of the claims contained in the Complaint shall be submitted to arbitration in accordance with the terms of the Arbitration Agreement attached as Exhibit A to the Parties' Joint Stipulation to Submit Claims to Arbitration.

2. The Parties will attempt to select an arbitrator and arbitration service by mutual agreement. If they are unable to reach agreement, either side may submit the matter to JAMS for administration and appointment of an arbitrator, in the manner provided in the Arbitration Agreement.

3. All references to the American Arbitration Association (AAA) in the Arbitration Agreement will be construed to refer instead to JAMS.

4. The Court grants the stipulation to submit to arbitration and orders the parties to arbitrate their dispute. Because all of Plaintiff's claims are subject to arbitration, this action is dismissed. See Thinkjet Ink Info. Res., v. Sun Microsystems, Inc., 368 F.32d 1053, 1060 (9th Cir.2004) (district court did not err in dismissing claims subject to arbitration and noting that FAA allows but does not require a stay of court proceedings); Sparling v. Hoffman Constr. Co., 864 F.2d 635, 638 (9th Cir. 1988) (affirming court's dismissal of claim referred to arbitration); Martin Marietta Aluminum, Inc. v. Gen. Elec. Co., 586 F.2d 143, 147 (9th Cir. 1978).

**IT IS SO ORDERED.**

Dated: December 2, 2020

Percy Anderson
United States District Judge